UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHRISTOPHER TRYBUS,

          Plaintiff,

                           DECISION AND ORDER
     v.                    13-CV-602A(F)

NIAGARA COUNTY JAIL MEDICAL STAFF
SUPERVISOR,
THE SHERIFF/WARDEN,
THE DOCTOR, and
JAMES R. VOUTOUR, Niagara County Sheriff,

          Defendants.

    The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 23, 2015, Magistrate Judge Foschio filed a Report and Recommendation (Dkt. No. 15), recommending that defendant Voutour's motion seeking to dismiss the Complaint for failure to state a claim (Dkt. No. 9) should be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, the Complaint is dismissed without prejudice and with leave to replead if plaintiff believes he has complied with the PLRA exhaustion prerequisite.   Plaintiff shall file any amended

Complaint no later than April 27, 2015.

The Clerk of Court shall take all steps necessary to close the case

IT IS SO ORDERED.

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   March 27, 2015